# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARETHA COOK, OMAR COOK, | ) | 1:12cv0150 AWI DLB |
| | ) | |
| Plaintiffs, | ) | ORDER REQUIRING PLAINTIFF TO |
| | ) | FILE APPLICATION FOR APPOINTMENT |
| v. | ) | OF GUARDIAN AD LITEM |
| | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs Aretha Cook and Omar Cook filed this civil rights action on February 1, 2012. In reviewing Plaintiffs' complaint, Plaintiff Aretha Cook states that she is pursuing this action on behalf of her son, Plaintiff Omar Cook, who is mentally incompetent. It is unclear whether Plaintiff Aretha Cook is pursuing her own causes of action against Defendants.

As a mentally incompetent individual, Plaintiff Omar Cook is unable to proceed on his own behalf. Fed. R. Civ. Proc. 17(c). If Plaintiff Aretha Cook, or another qualified individual, wishes to proceed on Plaintiff Omar Cook's behalf, she must submit an application for appointment of a guardian ad litem. Plaintiff is forewarned, however, that a non-attorney parent or guardian cannot bring an action on behalf of a minor child without retaining an attorney. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997). Therefore, Plaintiff Aretha Cook cannot act on behalf of her son unless she is represented by counsel.

Accordingly, within thirty (30) days of the date of this order, Plaintiff Aretha Cook, or another qualified individual, must submit an application for appointment of a guardian ad litem *and* proof of representation by counsel.  If Plaintiff Aretha Cook fails to retain an attorney, Plaintiff Omar Cook will be dismissed from this action without prejudice.

<u>Complete failure to respond to this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **February 9, 2012**                          /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE